DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWIN WETHERELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-4629

[April 15, 2015]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 562010CF000408A.

Edwin Wetherell, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Sanders v. State*, 946 So. 2d 953, 960 (Fla. 2006).

WARNER, STEVENSON and GROSS, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***